UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                  Plaintiff,

       v.                                  **DECISION AND ORDER**
                                              24-CR-137-A

NASIF TALUKDER,

                  Defendant.

---

    Defendant Nasif Talukder is charged with one count of enticement of a minor in violation of Title 18 U.S.C. §2242(b). The case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

    On April 9, 2025, the Magistrate Judge filed a Report and Recommendation ("R&R") (Dkt. No. 33) recommending that Defendant's motion to suppress (Dkt. No. 25) be denied. No objections to the RR&O were filed by the parties. Because there are no objections to the R&R, the Court reviews the R&R on clear error review.

    The Court finds no clear error and adopts the reasoning of the Magistrate Judge. The Court deems no further discussion necessary. Accordingly, and upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the RR&O, it is hereby

    **ORDERED** that the R&R (Dkt. No. 33) is adopted in its entirety; and it is further

**ORDERED** that Defendant's motion to suppress (Dkt. No. 25) is **DENIED**.

The parties shall appear for a status conference to set a date for trial or plea on **May 12, 2025 at 9:00 am**.

    **IT IS SO ORDERED.**

                                                                           *s/Richard J. Arcara*
                                            HONORABLE RICHARD J. ARCARA
                                            UNITED STATES DISTRICT COURT

Dated:   April 29, 2025
            Buffalo, New York